# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-0774
Lower Tribunal No. 18-1455
_____

**Jose A. Velazquez,**
Appellant,

vs.

**Yurdys Lora,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

Nancy A. Hass, P.A., and Nancy A. Hass (Ft. Lauderdale), for appellant.

Kaplan Loebl, LLC, and Liliana Loebl and Amanda B. Haberman, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.